UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Nos. 1:05-cv-178 / 1:94-cr-042 |
| | ) | *Edgar* |
| GARLIN L. MYERS | ) | |

# **O R D E R**

For the reasons expressed by the Court in its memorandum filed herewith, the motion filed by Garlin L. Myers pursuant to 28 U.S.C. § 2255 is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631.

SO ORDERED.

ENTER this *19th day of July, 2005*.

                                                */s/ R. Allan Edgar*
                                                   R. ALLAN EDGAR
                                     CHIEF UNITED STATES DISTRICT JUDGE